VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Appellant, *v.* SERGE RUBINSTEIN et al., Respondents, et al., Defendants.

Submitted July 13, 1953; decided July 14, 1953.

Motion for reargument denied and stay vacated. [See 305 N. Y. 746.]

SAGOBEL DEVELOPMENT CORP., Appellant, *v.* SADIE COHEN, Defendant, and JOSEPH G. COHEN, Respondent.

Submitted July 13, 1953; decided July 14, 1953.

*Henry A. Friedman* for motion.
*Abraham Kaplan* opposed.

Motion denied.